UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 23-cr-265(4) (MJD/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) GOVERNMENT'S POSITION ON ) SENTENCING ) |
| ROZELL ANTONIO GRAINGER, | ) ) |
| Defendant. | ) |

COMES NOW the United States of America, by and through its undersigned attorneys, Joseph H. Thompson, Acting United States Attorney for the District of Minnesota, and Thomas M. Hollenhorst, Assistant United States Attorney, and submits the following position on sentencing concerning the defendant, Rozell Antonio Grainger. The government asks the Court to impose a sentence that includes a term of imprisonment of 120 months.

Procedural History

On August 30, 2023, the defendant was charged in the Indictment with conspiracy to distribute 400 grams or more fentanyl (Count 1) in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846, and three counts of possession with the intent to distribute 400 grams or more of fentanyl (Counts 8, 9, and 10) in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). Doc. 1. On April 16, 2025, the defendant pleaded guilty to Count 8 of the Indictment pursuant to the terms of a written plea agreement in return for the government's agreement to move to dismiss the remaining counts of the Indictment. Doc. 367-68.

## The Nature and Circumstances of the Offense

In his plea agreement, the defendant stipulated that from the fall of 2022 to August 2023, he frequently traveled to Phoenix, Arizona, where he would obtain multi-pound quantities of fentanyl. He would mail the fentanyl to addresses in the Twin Cities area. He would then distribute the drugs to various customers in Minnesota for further distribution. From March through May 2023, the defendant mailed several packages from Phoenix to Minnesota, which containing a total of over 12 kilograms of fentanyl. For example, on or about March 14, 2023, the defendant mailed two packages containing over 9 kilograms of fentanyl as alleged in Counts 8 and 9 of the Indictment. *See* Doc. 368 ¶ 2; Presentence Investigation Report ("PSR") ¶¶ 20-22, 27.

## The Criminal History of the Defendant

The defendant has an extensive juvenile record which includes adjudications and arrests for theft (two times), terroristic threats, fleeing from a peace officer (two times), and curfew violations (five times). PSR ¶¶ 46-55. The defendant has adult convictions for first-degree assault (defendant stomped and jumped on chest of victim, stole his wallet, and took off his pants), possession of a handgun, two traffic violations, and 48 disciplinary actions while in the custody of the Minnesota Department of Corrections. PSR ¶¶ 57-60. He also has a pending charge for aiding and abetting an assault. PSR ¶ 65 (defendant and five other inmates allegedly pulled another inmate out of his cell and physically assaulted him in which "the victim sustained injuries to his face, mouth, scalp, and had broken teeth"). Moreover, the defendant committed the instant offense while serving a criminal

justice sentence. PSR ¶ 62. Despite this serious record, the defendant has a total of only five criminal history points, which places him in criminal history category III. PSR ¶ 63.

## Guideline Range

The defendant has a base offense level of 36, reduced by three levels for timely acceptance of responsibility. PSR ¶¶ 36-41. This results in a total offense level of 33 and, with a criminal history category of III, a guideline range of 168 to 210 months. PSR ¶¶ 42, 89. The defendant is also subject to a 10-year mandatory minimum sentence. PSR ¶ 88.

## The History and Characteristics of the Defendant

The defendant was born in Detroit, Michigan, and is 27 years old. PSR ¶ 68. His parents separated when he was five years old. *Id.* The defendant remained with his mother in Detroit, while and his father moved to Saint Paul, Minnesota. *Id.* The defendant also moved to Saint Paul when he was eight years old to live with his father and the homes of his friends. *Id.* The defendant was raised with four siblings. *Id.* He had a bad childhood while in the custody of his mother. PSR ¶ 69. His mother was abusive, frequently used drugs and alcohol, left the defendant alone to care for himself, and was emotionally distant. *Id.* When the defendant moved in with his father, he was treated well, but he turned to crime and became a member of a street gang. PSR ¶ 70. The defendant claims to have been sexually assaulted when he was just six years old. PSR ¶ 71. He has one child of his own (age 2), but the mother of the child has sole custody. PSR ¶ 72.

The defendant has had several medical issues including injuries, asthma, and flat feet. PSR ¶ 75. He also has several mental and emotional health issues. PSR ¶ 76-77. The

3

defendant also has a long history of substance abuse. PSR ¶¶ 80-82. The defendant earned a high school diploma while in custody in Red Wing, Minnesota, but only after a long history of disciplinary problems including being expelled for bringing a knife to school. PSR ¶ 83. The defendant has never had a formal job, but he has earned money as a professional rap artist. PSR ¶ 85. The defendant does not appear to have the ability to pay a criminal fine. PSR ¶ 86.

## The Needs of Sentencing

This case is aggravated by the serious nature of the charge, the defendant's criminal record which includes a prior first-degree assault conviction, and his history of gang membership. The case is mitigated by the defendant's troubled childhood, his substance abuse issues, and his timely plea of guilty. Considering these and the other § 3553(a) factors, the government asks the Court to impose a sentence that includes a term of imprisonment of 120 months. This sentence would serve the needs of sentencing to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment, to afford adequate deterrence, to protect the public from further crimes of the defendant, and to avoid unwarranted sentencing disparities among defendants.

WHEREFORE, the government asks this Honorable Court to impose a sentence that includes a term of imprisonment of 120 months.

Dated: September 16, 2025

Respectfully submitted,

JOSEPH H. THOMPSON
Acting United States Attorney

s/ *Thomas M. Hollenhorst*

BY: THOMAS M. HOLLENHORST
Assistant United States Attorney
Attorney ID No. 46322