UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 23-265(4) (MJD/DLM) |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **STATEMENT OF REDACTION** |
| ROZELL ANTONIO GRAINGER, | ) | |
| Defendant. | ) | |

In accordance with Local Rule 5.5, I have reviewed the transcript filed on January 15, 2026, in the above-captioned matter and have located personal data identifiers (PDI) in the transcript that must be redacted pursuant to Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1. I hereby request the court reporter to redact the following PDI in the transcript:

| **Description of PDI to be Redacted** | **Page and Line Number of PDI to be Redacted** | **Redacted PDI to Read As** |
| --- | --- | --- |
| Minor Name | Page 8 – line 2 | Xxxxxx |
| Minor Name | Page 9 – line 3 | Xxxxxx |

I understand that the redacted version of the transcript will be filed within 31 days of the date the original transcript was filed, but that the court reporter will not provide me with a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the transcript electronically. I also understand that after the 90-day restriction period, the redacted version of the transcript may be remotely electronically available to the public.

Dated: January 27, 2026                    Respectfully submitted,

                                           *s/ Katherian D. Roe*

                                           _____
                                           KATHERIAN D. ROE
                                           Attorney No. 214668
                                           Office of the Federal Defender
                                           107 U.S. Courthouse
                                           300 South Fourth Street
                                           Minneapolis, MN 55415